IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ZAIRE ROBINSON,

Defendant.

**8:22CR68**

**ORDER**

This matter is before the court on Defendant's Unopposed Motion for Enlargement of Time to File Pretrial Motions [42]. For good cause shown, I find that the motion should be granted. Pretrial Motions shall be filed by August 19, 2022.

IT IS ORDERED:

1.      Defendant's Unopposed Motion for Enlargement of Time to File Pretrial Motions [42] is granted. Pretrial motions shall be filed on or before August 19, 2022.

2.      The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between today's date and August 19, 2022, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

3.      The Jury Trial set for 8/30/2022 at 9:00 AM in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Judge Brian C. Buescher is canceled and will be reset after pretrial motion deadline.

Dated this 5th day of July, 2022.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge