IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ZAIRE ROBINSON,<br><br>                Defendant. | 8:22-CR-68<br><br>ORDER ON NONPARTY REQUEST FOR TRANSCRIPT |

This matter is before the Court on the Request for Transcript, filed by nonparty Audrey Thompson. Filing 64. The request for a transcript is granted, provided Ms. Thompson contacts Rogene Schroder, 118 S. 18th Plaza, Suite 3129, Omaha, NE, 68102, and makes financial arrangements for preparation of the transcript. Ms. Schroder can also be reached at her office number, 402-661-7383, or at her email address, roschrod79@yahoo.com. Otherwise, the motion is denied. Accordingly,

    IT IS ORDERED:

1. The Request for Transcript, filed by nonparty Audrey Thompson, Filing 64, is granted as to the transcript under the conditions described above, and is otherwise denied; and

2. The Clerk is directed to mail a copy of this order and the docket report to Audrey Thompson at the address provided in Filing 64.

Dated this 13th day of April, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge